Ryan Lee, Esq. (SBN 024846)
Krohn & Moss, Ltd.
10474Santa Monica Blvd. STE 401
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
Attorney for Plaintiffs
RUDOLPH CHAVEZ

## IN THE UNITED STATES DISTRICT COURT,
## DISTRICT OF ARIZONA- PHOENIX DIVISION

| | |
|---|---|
| RUDOLPH CHAVEZ, | **Case No.: 2:09-cv-02627-JWS** |
| Plaintiff, | |
| vs. | **PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DECLARATION IN SUPPORT THEREOF** |
| FRONTIER FINANCIAL GROUP & ASSOCIATES, | |
| Defendant. | |

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Plaintiff, RUDOLPH CHAVEZ ("Plaintiff"), by and

through his attorney, hereby request this Court to make an entry of default against Defendant,

FRONTIER FINANCIAL GROUP & ASSOCIATES ("Defendant"), as Defendant has failed to

timely answer or otherwise defend itself from Plaintiff's complaint.  The instant motion is based

upon the following facts and the supporting declaration by Plaintiff's counsel.


DATED: March 11, 2010                        KROHN & MOSS, LTD.


                                             By: /s/ Ryan Lee_____
                                             Ryan Lee
                                             Attorney for Plaintiff

- 1 -

## DEFENDANT HAS FAILED TO TIMELY ANSWER OR DEFEND ITSELF AGAINST PLAINTIFF'S COMPLAINT

1. On December 18, 2009 Plaintiff filed his civil complaint against Defendant, FRONTIER FINANCIAL GROUP & ASSOCIATES ("Defendant").

2. Plaintiff's complaint alleged violations of the FDCPA, *15 USC 1692 et seq*.

3. Plaintiff sought statutory damages pursuant to the above-mentioned statutes in addition to actual damages suffered and reasonable attorney's fees.

4. On February 15, 2010, Defendant was served with complaint and summons.  (See certificate of service attached as Exhibit A).

5. Defendant's answer to Plaintiff's complaint was due on March 8, 2010.

6. Defendant has not filed its answer nor contacted Plaintiff's attorneys requesting an extension to answer.

7. *Federal Rule of Civil Procedure* 55(a) provides that "when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

8. Defendant has failed to plead or otherwise defend itself against Plaintiff's civil complaint.

9. Plaintiff now requests that this court enter a default against Defendant

//

- 2 -

**WHEREFORE,** Plaintiff, RUDOLPH CHAVEZ, respectfully requests this court grant his instant motion and enter a default against Defendant, FRONTIER FINANCIAL GROUP & ASSOCIATES, for failure to timely plead or otherwise defend against Plaintiff's complaint.

RESPECTFULLY SUBMITTED,

DATED:  March 11, 2010                              KROHN & MOSS, LTD.

By: /s/ Ryan Lee_____

Ryan Lee
Attorney for Plaintiff

MOTION FOR ENTRY OF DEFAULT AND DECLARATION IN SUPPORT THEREOF

1
2
3
4

# **EXHIBIT A**

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

MOTION FOR ENTRY OF DEFAULT AND DECLARATION IN SUPPORT THEREOF

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

Case 2:09-cv-02627-JWS         Document 4         Filed 02/09/10              Page 2 of 2

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for *(name of individual and title, if any)* **Frontier Financial Group & Associates, c/o EastBiz.com as Registered Agent** was received by me on *(date)* **February 12, 2010** .

☐ I personally served the summons on the individual at *(place)*_____

_____ On *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address;
or

☐ I served the summons on *(name of individual)* __**Natasha Waite, Office Manager**___, who
is designated by law to accept service of process on behalf of *(name of organization)* **Frontier Financial Group & Associates** on *(date)* **February 15, 2010 at 11:27 a.m.**; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: **February 16, 2010**

_____
*Server's signature*

**Gregory Brown – Registered Process Server 981**
*Printed name and title*

**651 Clarkway Drive, Suite A-1**
**Las Vegas, Nevada 89106**
*Server's address*

Additional information regarding attempted service, etc:

Ryan Lee, Esq. (SBN 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd. STE 401
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
Attorney for Plaintiffs
RUDOLPH CHAVEZ

**IN THE UNITED STATES DISTRICT COURT,**
**DISTRICT OF ARIZONA- PHOENIX DIVISION**

| | |
|---|---|
| RUDOLPH CHAVEZ, | ) **Case No.: 2:09-cv-02627-JWS** |
| | ) |
| Plaintiffs, | ) |
| | ) **DECLARATION IN SUPPORT OF** |
| vs. | ) **PLAINTIFF'S MOTION FOR ENTRY OF** |
| | ) **DEFAULT** |
| FRONTIER FINANCIAL GROUP & | ) |
| ASSOCIATES, | ) |
| | ) |
| | ) |

**DECLARATION**

1.    I am the attorney of record for the Plaintiff in the above entitled action.

2.    The Summons and Complaint in said action was duly served upon Defendant on February
       15, 2010

3.    The original Summons has been duly filed in the office of the Clerk of Court on February
       16, 2010.

4.    The time allowed by law to answer the complaint, specified in Plaintiffs' Summons, was
       twenty (21) days from the date of service.

5.    Defendant's Answer was due by March 8, 2010.

6.    The time for Defendant to Answer the Complaint in said action has elapsed.

MOTION FOR ENTRY OF DEFAULT AND DECLARATION IN SUPPORT THEREOF

7.      No Answer has been received by or served upon the Plaintiff or Plaintiff's attorneys.

8.      Defendant is not an infant or incompetent person.

9.      The Servicemembers Civil Relief Act (50 App. U.S.C. § 521) does not apply.

10.     Notice of the instant motion has been sent to Defendant via postal mail to the following

addresses on March 11, 2010:

>      FRONTIER FINANCIAL GROUP & ASSOCIATES
>      5348 VEGAS DRIVE
>      LAS VEGAS, NV  89109

Pursuant to 28 U.S.C. § 1746(2), I, Ryan Lee, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATED:  March 11, 2010                          KROHN & MOSS, LTD.

By: /s/ Ryan Lee _____

Ryan Lee
Attorney for Plaintiff

MOTION FOR ENTRY OF DEFAULT AND DECLARATION IN SUPPORT THEREOF

1

**PROOF OF SERVICE**

2

       I am employed in the County of Los Angeles, State of California.  I am over the age of 18

3

and not a party to the within action.  My business Address is 10474Santa Monica Blvd. STE 401
Los Angeles, CA  90025.

4

       On March 11, 2010, I served the following document(s) described as: **MOTION FOR**

5

**ENTRY OF DEFAULT**, on all interested parties in this action by placing:

6

[X]    a true copy
[   ]   the original thereof enclosed in sealed envelope(s) addressed as follows:

7

FRONTIER FINANCIAL GROUP &

8

ASSOCIATES
5348 VEGAS DRIVE

9

LAS VEGAS, NV  89109

10

[  ]     BY FACSIMILE – The facsimile machine used reported no error and printed a
            record of the transmission which is attached hereto.

11

12

[X]     BY MAIL
       [  ]   I deposited such envelope in the mail at Los Angeles, California.  The

13

               envelope was mailed with postage thereon fully prepaid.
       [X]   I am readily familiar with the firm's practice for collection and processing

14

               correspondence for mailing.  Under that practice, this document will be
               deposited with the U.S. Postal Service on this date with postage thereon

15

               fully prepaid at Los Angeles, California in the ordinary course of business.
               I am aware that on motion of the party served, service is presumed invalid

16

               if postal cancellation date or postage meter date is more than one day after
               date of deposit for mailing in affidavit.

17

18

[X]     STATE – I declare under penalty of perjury under the laws of the State of
           California that the above is true and correct.

19

Executed on March 11, 2010, at Los Angeles, California.

20

21

22

               By:  /s/ Ryan Lee

23

                      Ryan Lee

24

25

- 7 -

MOTION FOR ENTRY OF DEFAULT AND DECLARATION IN SUPPORT THEREOF