# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rudolph Chavez,  )  | **DEFAULT JUDGMENT** |
| )  | |
| Plaintiff,  )  | CV 09-2627-PHX-JWS |
| )  | |
| v.  )  | |
| )  | |
| Frontier Financial Group & Associates,  )  | |
| )  | |
| Defendant.  )  | |

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and upon instruction by the Court, default judgment is hereby entered against Defendant Frontier Financial Group & Associates awarding plaintiff damages of $1000.00, attorney's fees of $2,182.41 and costs of $361.61 for a total judgment of $3,544.02.

DEFAULT JUDGMENT ENTERED this 21st day of April, 2010.

RICHARD H. WEARE
District Court Executive/Clerk

 s/ S. Turner
By: Deputy Clerk

cc: (all counsel)